UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JOE HAMBEL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Cause No.: 1:23-cv-02231-TWP-MKK |
| | ) |
| JOHN MERSHON, M.D., | ) |
| | ) |
| Defendant. | ) |

**<u>DEFENDANT'S NOTICE TO COURT REGARDING SETTLEMENT CONFERENCE</u>**

Comes now Defendant, John Mershon, M.D., by counsel, and for his Notice to Court Regarding Settlement Conference, states the following:

1. Defendant has not received a settlement demand from Plaintiff.

2. Regardless, Defendant does not believe a settlement conference would be productive at this time.

Respectfully submitted,

/s/ Carol A. Dillon
Carol A. Dillon, #25549-49
*Attorney for Defendant,*
*John Mershon, M.D.*

Carol A. Dillon, #25549-49
BLEEKE DILLON CRANDALL, P.C.
8470 Allison Pointe Blvd., Ste. 420
Indianapolis, IN 46250-4365
Telephone: (317) 567-2222
Facsimile:  (317) 567-2220
carol@bleekedilloncrandall.com

## CERTIFICATE OF SERVICE

I hereby certify that on February 6, 2025, a true and complete copy of the foregoing document was served electronically upon all counsel of record via email generated by the Court's ECF system, and was mailed by first class U.S. Mail, postage prepaid and properly addressed to the following non-CM/ECF participant:

Joe Hambel, #250694
PENDLETON CORRECTIONAL FACILITY
Inmate Mail/Parcels
4490 W. Reformatory Road
Pendleton, Indiana 46064
*Plaintiff, Pro Se*

/s/ Carol A. Dillon
Carol A. Dillon, #25549-49